UNITED STATES of America,
Plaintiff—Appellee,

v.

Jose RUELAS–JIMENEZ, aka Guadalupe Ruilas Jimenez, aka Guadalupe Ruilas–Jimenez, Defendant—Appellant.

No. 03–10712.
D.C. No. CR–03–00895–MHM.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2005.*

Decided June 17, 2005.

Michael Thomas Morrissey, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Jose Ruelas–Jimenez, Florence, AZ, pro se.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Before KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

MEMORANDUM **

Jose Ruelas–Jimenez appeals his guilty-plea conviction and 44–month sentence for attempted illegal re-entry after deportation, in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ruelas–Jimenez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief has been filed. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we GRANT counsel's motion to withdraw and AFFIRM the district court's judgment.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.